Opinion issued February 21, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00384-CV

———————————

### PING HUI, Appellant

### V.

### T.J. MAXX OF TEXAS, INC., MARMAXX OPERATING CORP, D/B/A T.J. MAXX; & ANTHONY KELLUM; & MASSEY PROTECTION SERVICES, Appellees

---

### On Appeal from the 270th District Court
### Harris County, Texas
### Trial Court Case No. 2015-61011

---

## MEMORANDUM OPINION

Appellant, Ping Hui, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did

not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.